IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRICUS VAN DER STEEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SYGEN INTERNATIONAL, PLC; GENUS, PLC; PIC, PLC; ABS GLOBAL, INC.; and DOES 1 through 100,<br><br>    Defendants._____/ | No. C 06-04966 CRB<br><br>**ORDER** |

    Defendants are hereby ordered to file a surreply addressing Plaintiff's argument that his status as a permanent resident alien deprives this Court of jurisdiction. The surreply shall be filed by Friday, October 13, 2006, and shall not exceed eight (8) pages in length.

**IT IS SO ORDERED.**

Dated: October 10, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4966\supp briefing.wpd