| | |
|---|---|
| 1 | RICHARD N. HILL (SBN 083629) |
| | KRISTIN E. HUTCHINS (SBN 184429) |
| 2 | LITTLER MENDELSON, P.C. |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA 94108.2693 |
| | Telephone:   415.433.1940 |
| 4 | |
| | ANN M. MAHER (Admitted Pro Hac Vice) |
| 5 | WHYTE HIRSCHBOECK DUDEK S.C. |
| | 555 East Wells Street, Suite 1900 |
| 6 | Milwaukee, WI 53202.3819 |
| | Telephone:   414.273.2100 |
| 7 | Facsimile:   414.223.5000 |
| | Email:   amaher@whdlaw.com |
| 8 |   larent@whdlaw.com |
| 9 | Attorneys for Defendants |
| | SYGEN INTERNATIONAL, PLC, GENUS, PLC |
| 10 | and ABS GLOBAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRICUS VAN DER STEEN, | Case No. C 06 4966 CRB |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS SYGEN INTERNATIONAL, PLC, GENUS, PLC, AND ABS GLOBAL, INC., AND** ~~PROPOSED~~ **ORDER** |
| vs. | |
| SYGEN INTERNATIONAL, PLC, a Corporation, GENUS, PLC, a Corporation, PIC, a subsidiary of GENUS, PLC, a Corporation, ABS GLOBAL, INC., a corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants SYGEN INTERNATIONAL, PLC, GENUS, PLC and ABS GLOBAL, INC., substitute Richard N. Hill and Kristin E. Hutchins of Littler Mendelson, P.C. as their counsel and attorneys of record in this matter in the place and stead of Wendy M. Lazerson, Heather C. Beatty and Carolyn Hall of Bingham McCutchen LLP. Ann M. Maher of the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SUBSTITUTION OF COUNSEL                                              Case No. C 06 4966 CRB

1  law firm of Whyte Hirschboeck Dudek S.C., who was admitted pro hac vice on October 20, 2006,
2  will continue to act as counsel for the Defendants as well.

### Substitution Based on Consent

4  The undersigned consent to the substitution and certify that this substitution will not
5  delay the proceedings in this matter.

7  Dated: November 2, 2006

8  By: SANDI BAYLOR-SCHMIDT
    Director of Global HR&D
9   SYGEN INTERNATIONAL, PLC, GENUS,
    PLC and ABS GLOBAL, INC.

11 Dated: November 2, 2006

12 By: WENDY M. LAZERSON
    BINGHAM MC CUTCHEN LLP
    Former Attorneys for Defendants
13  SYGEN INTERNATIONAL, PLC, GENUS,
    PLC and ABS GLOBAL, INC.

16 Dated: November 2, 2006

    By: KRISTIN E. HUTCHINS
    LITTLER MENDELSON, P.C.
17  Attorneys for Defendants
    SYGEN INTERNATIONAL, PLC, GENUS,
18  PLC and ABS GLOBAL, INC.

21 **SO ORDERED.**

23 Dated: __November 7__, 2006

    THE HON. CHARLES R. BREYER
24  UNITED STATES DISTRICT COURT JUDGE

    IT IS SO ORDERED
    Judge Charles R. Breyer

26 Firmwide:81635891 1 800000 3500

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

SUBSTITUTION OF COUNSEL         2.         Case No. C 06 4966 CRB

law firm of Whyte Hirschboeck Dudek S.C., who was admitted pro hac vice on October 20, 2006, will continue to act as counsel for the Defendants as well.

### Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: November 2, 2006

By: SANDI BAYLOR-SCHMIDT
Director of Global HR&D
SYGEN INTERNATIONAL, PLC, GENUS, PLC and ABS GLOBAL, INC.

Dated: November 2, 2006

By: WENDY M. LAZERSON
BINGHAM MCCUTCHEN LLP
Former Attorneys for Defendants
SYGEN INTERNATIONAL, PLC, GENUS, PLC and ABS GLOBAL, INC.

Dated: November 2, 2006

By: KRISTIN E. HUTCHINS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SYGEN INTERNATIONAL, PLC, GENUS, PLC and ABS GLOBAL, INC.

**SO ORDERED.**

Dated: _____, 2006

THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

C:\Documents and Settings\magginmf\Local Settings\Temporary Internet Files\OLK43\LM - Substitution of Counsel.doc

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
550 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

SUBSTITUTION OF COUNSEL    2.    Case No. C 06 4966 CRB

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On November 2, 2006, I served the within document(s):

SUBSTITUTION OF COUNSEL FOR DEFENDANTS SYGEN INTERNATIONAL, PLC, GENUS, PLC AND ABS GLOBAL, INC., AND PROPOSED ORDER

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Peter B. Brekhus, Esq.
Elizabeth A. Brekhus, Esq.
Caroline C. Joachim, Esq.
Law Offices of Peter B. Brekhus
1000 Drakes Landing Road
Greenbrae, CA  94904

Wendy M. Lazerson, Esq.
Heather C. Beatt, Esq.
Carolyn Hall, Esq.
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA  94303

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

PROOF OF SERVICE                                                                CASE NO. C 06 4966 CRB

|   |   |
|---|---|
| 1 | I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made. Executed on November 2, 2006, at San Francisco, California. |

*[Signature]*
Pamela A. Sloan

Firmwide:81638820.1 800000.3500

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE       2.       CASE NO. C 06 4966 CRB